372 A.2d 833
Commonwealth v. Alexander, Appellant.

Submitted November 11, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.